# JacksonLewis

**MEMO ENDORSED**

**Jackson Lewis P.C.**
666 Third Avenue
New York NY  10017-4030
545-4048 Direct
972-3213 Fax
Erik.Mass@jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  ___4/22/2026___

April 15, 2026

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007

Re: *Kiasia Burrell v. Lori's Gifts, Inc.*
Civil Case No.: 1:25-CV-9766

Dear Judge Carter, Jr.:

We represent Defendant Lori's Gifts, Inc. in the above-referenced matter. Pursuant to Rule 1(D) of Your Honor's Rules, the Parties respectfully submit this joint request to temporarily stay all proceedings in this matter until and including August 14, 2026.

Defendant filed a pre-motion conference letter concerning its anticipated motion to dismiss on April 13, 2026. (Dkt. 10.) The Parties have since conferred and jointly agree that the requested stay is appropriate to conserve resources by avoiding unnecessary motion practice while they attempt to resolve this matter through private mediation, which the parties will endeavor to schedule prior to August 14, 2026. Accordingly, the Parties respectfully request that all proceedings and deadlines in this action be stayed through and including August 14, 2026.

This is the Parties' first request for the relief sought herein, and no Court-ordered deadlines would be affected if the Court grants this request. We thank the Court for its consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Erik Mass*
Erik Mass

cc:     All Counsel of Record (*via* ECF)

Parties' request for a stay is GRANTED.  Parties are directed to file a joint status report by August 17, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 22, 2026