MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ________________
DATE FILED: 10/20/2026

JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Tel.
(212) 972-3213 Fax
jacksonlewis.com

October 16, 2026

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007

Re: *Kiasia Burrell v. Lori's Gifts, Inc.*
Civil Case No.: 1:25-CV-9766

Dear Judge Carter, Jr.:

We write jointly on behalf of Plaintiff Kiasia Burrell and Defendant Lori's Gifts, Inc. (collectively, the "Parties") in the above-referenced matter. Pursuant to Your Honor's Order dated October 7, 2026 (Dkt. 15), the Parties respectfully submit the instant letter as a joint status report.

This matter is currently stayed through December 3, 2026. The Parties are continuing to devote their resources towards alternative dispute resolution efforts.

The Parties respectfully propose that, on or before December 3, 2026, they will submit a further joint letter advising the Court of the status of this matter. The Parties thank the Court for its attention to this matter.

Defendant's request for a pre-motion conference, ECF No. 10, is **DENIED** without prejudice. Defendant may renew its motion after the expiration of the stay. The parties request for extension of the stay, ECF No. 14, is **GRANTED** to the extent it was not already granted.
The parties shall file a joint status report by **December 3, 2026**.
The Clerk of Court is respectfully directed to terminate ECF Nos. 10 and 14.

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 20, 2026

Respectfully submitted,

JACKSON LEWIS P.C.

*Erik Mass*
Erik Mass

cc: All Counsel of Record (*via* ECF)
4920-6783-5353, v. 2